**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KIRK GREAVES, | ) | Case no. |
| Plaintiff, | ) | **ACTION FOR DAMAGES** |
| vs. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| U.S.A. CRICKET, | ) | |
| RICHARD DONE, | ) | |
| Defendants. | ) | |



**C O M P L A I N T**

COMES NOW Plaintiff, KIRK GREAVES, pursuant to 28 U.S.C. §1331(federal), and §1332 (diversity of citizenship and amount in controversy) and as for his Complaint against defendants U.S.A. Cricket and Richard Done, states the following:

**Parties**

1. Plaintiff is a U.S. citizen of African descent, residing at 5818 Black Gum Drive, Houston, Texas 77092 (hereafter "**Plaintiff**").[1]

---

[1] Plaintiff has experience as Team Operations Manager, Barbados Tridents in the Caribbean Premier League; Tournament Operations Manager for the first ever international T20 tournament in North America called Global T20 Canada; Director/Operations Head for Rajastan Royals in the biggest T20 league globally called the Indian Premier League. He is, to date, the only Black man to hold this position (Director) in the history of the IPL. Plaintiff is also a product of the Caribbean cricket culture which has produced the following black cricket giants: Sir Cuthbert Gordon Greenidge, Sir Wesley Hall, Sir Everton Weeks, Sir Frank Worrell, Sir Clyde Walcott, Sir Gary Sober, Sir Brian Lara, Sir Clive Lloyd, Sir Andy Roberta, Sir Curtly Ambrose, Sir Viv Richards, Sir Richie Richardson, Desmond Haynes, Malcolm Marshall, Joel Garner, Michael Holding, Lance Gibbs, Alvin Kallicharan, Ian Bishop. Therefore, the notion that there is no American talent that can onboard with USA Cricket thus requiring the importation of foreigners on special immigration visas is patently false.

2. Defendant U.S.A. Cricket is a non-profit organization with its registered headquarters at 3130 20th Street, San Francisco, CA 94022 (hereafter "**Defendant 1**").

3. Defendant Richard Done is the Director of Cricket Operations with USA Cricket Operations who address is 3130 20th Street, San Francisco, CA 94022; his home address in Texas (the state where Plaintiff was employed) is 8600 Thackery Street, Apartment 2403, Dallas, Texas 75225 (hereafter "**Defendant 2**").

**Jurisdiction**

4. This court has jurisdiction over this matter pursuant to 28 U.S.C. §1331(federal), and §1332 (diversity of citizenship and amount in controversy). The amount of damages sought by Plaintiff in the herein matter exceeds seventy-five thousand dollars ($75,000.00). The parties are citizens of diverse jurisdictions Texas and California).

**Background**

5. Plaintiff was hired by USA Cricket on February 22, 2021, as a diversity hire. This outreach to Plaintiff (an African- American) was the result of a rejection by Defendant 1 of a white Australian for the position of Cricket Operations Manager[2]

6. Plaintiff responded to the offer (which was also advertised, See, **exhibit "A"**) and was relocated to Houston, Texas, on March 1, 2021.[3]

7. The initial verbal agreement between the then CEO, Mr. Iain Higgins (white Scottish) and Plaintiff was an offer of employment with Defendant 1 to deliver

---

[2] The position at the time was held by Defendant 2 who is a white Australian national.
[3] Defendant 1 purchased the air ticket that allowed Plaintiff to travel to Houston, Texas.

four (4) national cricket events within a four-month period, after which it was agreed that once successfully executed these events, a full-time contract of employment would be offered.

8. After the four-month probationary period, Plaintiff inquired regarding the status of the full-time contract as verbally agreed. An email was sent by Plaintiff to Defendant 2 outlining his concerns regarding the full-time contract. There was no positive outcome, and the matter was escalated by Plaintiff via email to the then CEO, Iain Higgins, on October 14, 2021. Mr. Higgins responded verbally by stating that he would conduct a 6-month review following the probationary period. This 6-month review took place on December 2021.[4] At this review meeting, the CEO (Higgins) made a further request to consider the full-time contract in January 2022 when the International Cricket Council (ICC) funding was scheduled to be received.[5]

9. Plaintiff learned that Mr. Jamie Lloyd, current full-time Development Manager (white), resident green card holder and citizen of New Zealand, declined the initial salary offer for the role of Development Manager and was subsequently offered the salary of the Cricket Operations Manager (presently held by Plaintiff). It is important to note that the budget allocation for the salary of Cricket Operations Manager was diverted to facilitate a "top up" for Mr. Lloyd. The result of this action was a significantly reduced offer to Plaintiff who was hired in the capacity of Cricket Operations Manager.

---

[4] Present at the review meeting was CEO Iain Higgins, Defendant 2 and Plaintiff.
[5] It should be noted that USA Cricket hired a Membership Manager and Team Analyst, Mr. Dhruv Barot (Indian) and issued a full-time contract to Mr. Barot, August 2021.

10. During the period of engagement, Defendant 2 unilaterally, without any input or consent from Plaintiff, changed Plaintiff's title from Cricket Operations Manager to Events Manager.   However, at a subsequent staff retreat in Melpitas, California, the then CEO Iain Higgins presented an organizational chart of USA Cricket which clearly showed the Cricket Operations Manager (Plaintiff Kirk Greaves) reporting directly to the Director of Cricket Operations (Defendant 2) as part of Senior Management.

11. Plaintiff made several unsuccessful attempts to address concerns relative to the toxic work environment, unfair employment practices, wage disparity and discrimination by the Director of Cricket Operations (Defendant 2). Plaintiff then escalated the matter to the Chairman of the Board of USA Cricket, Mr. Paraag Marathe, in an email dated January 9, 2022. During the discussion with the Chairman, it was confirmed that an organizational chart had been requested one month prior from Defendant 2, and the chart revealed a new structure including Andrew Leonard, Media Manager Consultant (white Irish) and Jamie Lloyd, Development Manager (white New Zealander) sitting above Plaintiff, Cricket Operations Manager (Black American).

12. On March 28, 2022, Defendant 2 presented Plaintiff with a "Termination of Contract" letter (see, " B"). Defendant 2 requested that Plaintiff sign the letter. Plaintiff refused.

## I.    Breach of Contract

13. Plaintiff alleges and realleges the averments made in the foregoing paragraphs 1 through 12.

14. Defendants recruited Plaintiff, who is a Black American with a strong background in the cricket world. He responded to Defendants' advertisement for a "Cricket Operations Manager". (**Exhibit A**) Although Plaintiff was brought on by means of an implied contract, the personnel policies and practices of Defendant, as well as the practice in the industry would defeat any challenge that the contract was at-will.[6]

15. Defendants made an offer to Plaintiff that he would come on board as a senior manager ("Cricket Operations Manager"), complete four (4) events, and subsequently become a permanent employee if he successfully completed the tasks.

16. Plaintiff completed the four (4) events and Defendants began to marginalize Plaintiff and changed his title from Cricket Operations Manager to Events Manager. This unilateral change was a pretext to force Plaintiff to sign a Termination of Contract Letter (**Exhibit B**) which Plaintiff refused.

17. Under California law, "the wrongful, i.e., unjustified or unexcused, failure to perform a contract is a breach…ordinarily, a breach is the result of an intentional act, but negligent performance may also constitute a breach, giving rise to alternative contract and tort actions." 1 Witkin, Summary of California Law, Contracts, §847 (10th ed. 2005).

18. In California, in order to succeed on a claim for breach of contract, a Plaintiff "must prove (1) the contract, (2) the Plaintiff's performance of the contract or excuse for non-performance, (3) the defendant's breach, and (4) the resulting

[6] *Pugh v. See's Candies, Inc*. (1981) 116 Cal. App. 3d 311, 327.

damage to the Plaintiff." *Richman v. Hartley*, 224 Cal App. 4th, 1182, 1186 (2014).

19. Defendants unilaterally altered the terms of the contractual agreement and created a hostile environment as a pretext to terminating Plaintiff.

20. Defendants are guilty of breach of the contractual employment agreement between Defendants and Plaintiff.

## II.    Racial Discrimination

21. Plaintiff alleges and realleges the averments contained in paragraphs 1 through 20.

22.  Defendants embarked on a series of activities which discriminated against the Plaintiff both on the basis of race and national origin.

23. Plaintiff is the only Black person in senior management for U.S.A. Cricket.

24. There has been a pattern of practice of bringing in individuals from Australia, New Zealand, and other countries on the pretext that cricket is a new sport in the U.S.  While cricket is a new sport in the U.S., discriminating against American nationals in favor of foreigners violates 42 U.S.C. §2000e, *et seq*.[7]

25. Plaintiff was hired to diversify the management of U.S.A. Cricket.  It would appear that only the Australians, Indians, New Zealanders, and other non-

---

[7] It shall be an unlawful employment practice for an employer
(1) to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, sex, national origin; or
(2) to limit, segregate, or classify his employers or applicants for employment in anyway which would deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individual's race, color, religion, sex, or national origin.
*See, 42 U.S.C.§ 2000e (a).*

Americans have benefitted from the USA Cricket brand.  It does not appear as though Defendants have been apprised of the laws designed to diversify the American workforce or the laws preventing racial and other forms of discrimination.

26. Defendant's decision to unilateral change Plaintiff's position from a permanent employee as an "independent contractor" despite the advert under which Plaintiff was hired demonstrates bad faith and is in contravention of U.S. labor laws.

27. Defendants' decision to unilaterally change Plaintiff's title from Cricket Operations Manager (the title for which he was hire, and which is included in the employment advert) to Events Manager, thus eliminating any element of black representation at the senior management level was racially orchestrated and violated U.S. law[8].

### III.    Retaliation

28. Plaintiff alleges and realleges the averments contained in forgoing paragraphs 1 through 27.

29.  Plaintiff felt that his work environment had become hostile on account of his comments about leadership which he voiced in a zoomed staff meeting. To underscore the seriousness of his concerns he reduced them to writing and sent them to his boss, Defendant 2. See, **Exhibit "D"**.

30. As a result of Plaintiff's complaint to his superior, as illustrated in **Exhibit "D"**, when nothing was done and the situation deteriorated, Plaintiff requested a meeting with the Chairman of the Board (Defendant 1). See, **Exhibit "C"**.

---

[8] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq.

31. The situation did not improve, and Plaintiff's co-workers began to view the change in his title to Events Manager as a demotion. When Plaintiff continued to question the status of his transition to permanent employee, he was presented with the Letter of Termination which appears herein as **Exhibit "B"**.

32. Plaintiff showed the letter to Vince Adams who is a member of the USA Cricket Committee (a senior body to USA Cricket), and he responded to Defendant 1 as demonstrated in **Exhibit "E".**

33. The action of Defendants against Plaintiff was retaliatory in contravention of Title VII of the Civil Rights Act of 1964, as amended.

### IV.    Conspiracy to Commit Fraud

34. Plaintiff alleges and realleges the averments contained in paragraphs 1 through 33.

35. Plaintiff refused to sign Defendants' termination letter and wrote a letter to the Chairman of the Board asking him to confirm the validity of the termination letter. See, **Exhibit "F"**.

36. Defendants, by and through their chairman, responded to Plaintiff in writing stating that the Termination of Contract was done "in accordance with the decision of the Cricket Committee and with the Board's agreement." See, **Exhibit "G".**

37. Plaintiff then sent a letter to all the members of the Board sharing with them the response from the Chairman regarding the termination of his employment contract. See, **Exhibit "H".**

38. To Plaintiff's utter surprise, he received a letter from a member of the Board who not only confirmed that the "your termination was never recommended by the Cricket Committee and was not discussed in the board meeting," (See, **Exhibit "I"**) but also confirmed that an "offer letter and working agreement for [Plaintiff]" was generates. The author of the email, Mr. Srini Salver urged Defendant 2 to share these items with Plaintiff.

39. The collusive actions of the Defendant 1, by and through its chairman, and Defendant 2 constitute an infringement upon the civil rights of Plaintiff in that they conspired to deprive Plaintiff of an employment opportunity which, on its face, was sanctioned by the board.

40. The actions of Defendants in conspiring to discriminate against Plaintiff violated the **California Fair Employment and Housing Act (FEHA)**. Defendants are associated with a registered headquarters in the State of California and the actions against Plaintiff are deemed to emanate from the state of California.

## V.    Damages

41. Plaintiff and realleges the averments contained in paragraphs 1 through 40.

42. Plaintiff has suffered damages as a result of Defendants' flip-flopping on the issue of his employment status. Plaintiff had an implied contract with the expressed understanding that the position would be permanent upon the successful execution of four (4) events, a condition that was met. The failure of Defendants to honor

the terms of the employment agreement deprived Plaintiff of **economic benefits in the amount of one hundred fifty thousand dollars ($150,000.00).**

43. Defendants' decision to coerce Plaintiff into signing a contract of termination when there was a decision to give him an offer letter and an operating agreement. Defendants also violated Plaintiff's civil rights under Title VII of the Civil Rights Act of 1964 on that they retaliated against Plaintiff and discriminated as him and the diversity role he was hired, in part, to usher into the organization had no Black people at the senior management level. This collective action against Plaintiff was discriminatory and constitutes bad faith. Plaintiff is claiming **punitive damages against Defendants in the amount of One Million Five Hundred Thousand Dollars ($1,500,000.00).**

44. Plaintiff was humiliated in the presence of his colleagues when Defendant 2 began referring to Plaintiff as Event Manager -- a level below that of his management colleagues. The psychological stress and humiliation were willful, intentional, and foreseeable. Plaintiff is claiming **non-economic damages in the amount of Three Hundred Fifty Thousand Dollars ($350,000.00).**

### VI.    Prayer for Relief

45. Plaintiff alleges and realleges the averments contained in paragraphs 1 through 44.

46. Plaintiff hereby prays that this honorable court enter an order consistent with the following relief:

    (a)    Defendants are guilty of breach of Plaintiff's employment contract;

(b)    Defendants are guilty of racial discrimination in contravention of 42 U.S.C.§§2000e, *et seq.*;

(c)    Defendants are guilty of retaliating against Plaintiff;

(d)    Defendants conspired against Plaintiff by fraudulently confirming termination of contract as a product of the Board and by failing to share the offer letter and working agreement endorsed by the Board --- while withholding Plaintiff's monies unless he signed the Termination Contract;

(e)    Defendants are guilty of bad faith;

(f)    Defendants are liable to Plaintiff for **economic damages in the amount of One Hundred Fifty Thousand Dollars ($150,000.00)**;

(g)    Defendants are liable to Plaintiff for **punitive damages in the amount of One Million Five Hundred Thousand Dollars ($1,500,000.00)**;

(h)    Defendants are liable for **non-economic damages in the amount of Three Hundred Fifty Thousand Dollars ($350,000.00)**; and

(i)    Whatever other relief this court deems necessary and proper.


Respectfully submitted this 22nd day of April 2022.


**KIRK GREAVES, Pro Se**
**Plaintiff**



EXHIBIT "A"

**Cricket Operations Manager: apply by 6 December 2019**



| | |
|---|---|
| **USA CRICKET INVITES ALL QUALIFIED CANDIDATES TO APPLY FOR THE FOLLOWING POSITION:** | |

| | |
|---|---|
| **Title:** | Cricket Operations Manager |
| **Location:** | USA Cricket HQ:  San Francisco Bay Area, California, USA |
| **Hours of work:** | Candidates applying for this role need to be aware that the position may include extensive 'out of hours' work, including overseas travel and internally within the USA on a regular basis. |
| **Reporting to:** | Cricket Operations Director |
| **Job category:** | Full time employee |
| **Date released:** | 14 November |
| **Closing date:** | 6 December |

## USA CRICKET:

USA Cricket was established in 2017 to act as the national governing body for the sport of cricket in the United States, and is recognized as an Associate Member of the ICC.  It is a non-profit corporation incorporated pursuant to the laws of the state of Colorado, but it is now headquartered in the Bay Area, California.  Its mission is to govern, regulate, develop, and promote the sport of cricket (including hardball, softball, disability cricket, and all other types of cricket) at all levels in the United States, and to enable United States cricketers to successfully compete in national and international competition.

Further information about USA Cricket can be found on the USA Cricket website at: www.usacricket.org.

## JOB DESCRIPTION:

The Cricket Operations Manager will be responsible for providing support to the Cricket Operations Director and the rest of the organization across all aspects of domestic and international cricket operations, including in respect of the creation of an effective and efficient high-performance environment for the USA national and representative teams.

Core responsibilities include:

- **CRICKET OPERATIONS**

Primary responsibility for:

**Cricket Operations Manager: apply by 6 December 2019**



- Managing all administrative, logistical and operational aspects of all regional and national domestic tournaments for men and women (including suitable age groups for both boys and girls).

- Managing all administrative, logistical and operational aspects of all national team competitions, tours and tournaments, including home and away international series' and ICC events.

- Managing all selection processes and monitoring of preferred suppliers of required cricket related services, e.g. kit and equipment suppliers, hotels, airlines, medical services etc.

- Carrying out periodic reviews/audits/assessments of domestic participation records, clubs, leagues, competitions and cricketing facilities across the country.

- Managing a comprehensive domestic and international talent identification program.

Secondary responsibility for providing appropriate support to the Cricket Operations Director to assist in:

- Developing and overseeing the implementation of a domestic cricket structure and annual calendar in the USA that provides context, consistency and alignment and which falls under the jurisdiction of USA Cricket; and

- Developing and overseeing a nationwide set of rules, regulations, playing conditions and policies which sanctions and supports the domestic cricket structure in the USA.

- **HIGH PERFORMANCE**

Secondary responsibility for providing appropriate support to the Cricket Operations Director and the national team coaching and support staff to assist in:

- Managing the implementation of the elite cricketer pathway for men and women (including suitable age groups for both boys and girls) towards USA Cricket's national and representative teams.

- Managing the implementation of a strategic long-term High-Performance Program (HPP).

- Managing the implementation of an annual operational high-performance plan for the USA national and representative teams.

- Managing the provision of suitable support and resources to the USA national and representative teams that sustain a world-class high-performance culture.
- Managing progress made against Individual Performance Plans (IPPs) by the USA national and representative team players and other identified groups of players.

**Cricket Operations Manager: apply by 6 December 2019**



-    **OTHER**

Secondary responsibility for providing appropriate support and assistance, as required, to the Development Manager, as well as to other members of management, in the development and support of:

- Entry-level school and community programs.

- Social cricket programs, including in respect of indoor and/or tape-ball cricket.

- Umpire education programs, pathways and methods of delivery.

- Coach education, delivery and pathway.

- Volunteer programs and management.

## QUALIFICATIONS:

### Education:

- Educated to degree level, ideally with a specialty in Sport Management, Business Administration or a related degree.
- An advanced degree in Sport Management or a related management field would be advantageous.

### Professional skills:

- Positive and enthusiastic attitude with a flexible, open-minded approach and a willingness to embrace new ideas.
- Ability to foster strong relations, communicate effectively and build effective working relationships with players, coaches and support staff.
- Ability to operate with professionalism and integrity in challenging situations.
- Exceptional planning, coordination and organizational skills.
- Self-motivated, with the ability to work independently or as part of a team.
- Ability to prepare and manage budgets, analyze financial records and prepare reports.

### Knowledge and experience:

- Minimum 5 years' experience in sports administration at national or international level.
- Strong understanding of theoretical and practical cricket issues, including familiarity with the international cricketing landscape, ICC rules & regulations and the Laws of the Game.
- Significant cricket playing experience and/or cricket coaching qualifications would be advantageous.
- Experience of working with elite players, coaches and technical staff would be advantageous.
- Experience within the field of high performance at national or international level would be advantageous.

**Cricket Operations Manager: apply by 6 December 2019**



- Strong understanding of the challenges facing Associate Member cricket and/or the development of cricket in the United States would be advantageous.

**APPLICATION PROCESS:**

Interested and qualified candidates should submit a full CV (of no more than six pages) with a cover letter (of no more than two pages) explaining their motivation in applying for the job and highlighting their relevant skills and experience.  Please send all applications to the following e-mail address:  HR@usacricket.org, under the subject title: **Application – Cricket Operations Manager.**

**The closing date for all applications will be 5pm PT on Friday 6 December.**

Exhibit "B"



3130 20th Street
San Francisco, CA 94110
USACRICKET.ORG

March 28, 2022

VIA EMAIL (Kirk.Greaves@usacricket.org)

Kirk Greaves
5818 Black Gum Drive
Houston, TX, 77092

Re: Termination of Contract

Dear Kirk:

Pursuant to the decision of the Cricket Committee, USA Cricket has decided to terminate your independent contractor arrangement, memorialized in "Contractor Arrangement – Mr. Kirk Greaves" dated August 12, 2021 (the "Contract"). This letter contains important information about the termination of the Contract.

Termination Date

The Contract will terminate effective April 8, 2022 (the "Contract Termination Date").

Final Payments

In addition to your payment of $3,250 made on March 25 (for the half-month to March 31), on April 8, you will receive a final payment of $1,733.33 (calculated for April as 8/30 days x $6,500) from USA Cricket, which will include all fees contractually owed to you by USA Cricket through the Contract Termination Date.

If you have any expenses for which you are entitled to reimbursement under the Contract, you must submit your receipts to Richard Done for approval no later than 10 days following the Contract Termination Date.

Transition

During the transition period, you agree to cooperate in full, in good faith, and that you will refrain from acting in a way that is damaging to USA Cricket or its respective directors, officers, employees, or consultants. You also agree to cooperate in transitioning any ongoing projects as instructed by Richard Done by providing the status and any relevant documentation and/or action for each project, in respect of:

1. CWC League 2 local Houston venue, hotel and transport arrangements, agreements, and contacts
2. CWC League 2 budget for Prairie View CC
3. Preparation series in Houston for the four incoming CWC League 2 members
4. USA Cricket VIK Policy
5. UPS refund
6. Player Handbook
7. T10 sponsorship, including National Team player clothing and samples
8. Newbery sponsorship, including USA Cricket and individual player support
9. Domestic cricket sanctioning
10. Return of USAC-purchased COVID rapid test kits

You further agree to provide to a record of any tasks you have already transitioned and to whom.



3130 20th Street
San Francisco, CA 94110
USACRICKET.ORG

## Other Consideration

If you cooperate with transitioning all ongoing projects, and you sign this letter and the standard General Release attached as Exhibit A by April 8, 2022, USA Cricket will pay you an additional lump sum of $3,250 over and above any amount due to you pursuant to the Contract, within fourteen (14) days of the Contract Termination Date. If you do not fully cooperate with the required transition and do not sign the letter and standard General Release, then your final payment will be as described above, and you will not receive any additional lump sum.

Thank you for the independent contractor services you have provided over the past 12 months. Your contribution to USAC is appreciated.

Please sign and return both this letter and the attached standard General Release to me via email and retain a copy for yourself.

Agreed and acknowledged to by:                Very truly yours,

                                              Richard Done,
Kirk Greaves                                  Cricket Operations Director
                                              richard.done@usacricket.org

Date: _____, 2022



3130 20th Street
San Francisco, CA 94110
USACRICKET.ORG

## EXHIBIT A

### GENERAL RELEASE

If you understand and agree with the terms set forth in this standard General Release (the "Release"), please sign in the space provided below. If you and the Company sign below, this will be a legally binding document representing the entire agreement between you and the Company regarding the termination of the independent contractor agreement between you and USA Cricket (the "Contract"). We will refer to this document as the "Release."

1.      **Contract Termination Date.** The Contract will terminate effective April 8, 2022.

2.      **Consideration.** In consideration of your execution and compliance with the terms of the signed and agreed to Termination of Contract letter, incorporated by reference herein, and the promises made in this Release, the Company will pay you a lump sum of $3,250. The Company will make this payment within 14 days of receiving the signed Release from you.

3.      **Release of Claims.** You acknowledge and agree that at all times you were an independent contractor and were never employed by USA Cricket. In exchange for the payment(s) described in the Consideration clause, you hereby waive all claims available under federal, state or local law against the Company, its parent, partners and affiliates, and its and their respective directors, officers, employees, agents, insurers and reinsurers, and employee benefit plans (and the trustees, administrators, fiduciaries, insurers and reinsurers of such plans) past, present, and future, their heirs, executors, administrators, representatives, successors and assigns arising out of your work for or Contract with the Company or the termination of the Contract, including but not limited to those arising under any local, state, or federal law. For the purpose of implementing a full and complete release, you hereby expressly waive all rights and benefits you may have under any statutes or common law principles which provides any remedy of any kind, and acknowledge that the release set forth in this Release is intended to include the discharge of all claims which you do not know or suspect to exist at the time this Release is effective. You agree and acknowledge that this is a knowing and voluntary waiver including breach of contract claims, discrimination claims, harassment claims, retaliation claims, whistleblower claims (to the fullest extent they may be released under applicable law), defamation or other tort claims, and claims for attorneys' fees and costs. You are not waiving your right to any claims arising after the date on which you sign this Release, or claims that are not otherwise waivable under applicable law.

4.      **Medicare Disclaimer.** You represent that you are not a Medicare Beneficiary as of the time you enter into this Release.

5.      **Limit on Disclosures.** You shall not disclose or cause to be disclosed the terms of this Release to any person (other than your spouse or domestic/civil union partner, attorney and tax advisor), except pursuant to a lawful subpoena, as set forth in the Reports to Government Entities clause below, or as otherwise permitted by law.

6.      **Reports to Government Entities.** Nothing in this standard General Release, including the Limit on Disclosures or Release of Claims clauses, restricts or prohibits you from initiating communications directly with, responding to any inquiries from, providing testimony before, providing confidential information to, reporting possible violations of law or regulation to, or from filing a claim or assisting with an investigation directly with a self-regulatory authority or a government agency or entity. You do not need the prior authorization of the Company to engage in conduct protected by this paragraph, and you do not need to notify the Company that you have engaged in such conduct.

7.      **Non-Admission of Liability.** Nothing in this Release is an admission of any wrongdoing, liability or unlawful activity by you or by the Company.



3130 20th Street
San Francisco, CA 94110
USACRICKET.ORG

8.    **No Other Amounts Due.** You acknowledge that the Company has no obligation to pay any additional amounts other than the payment(s) described in the Consideration Clause of this Release.

9.    **Choice** of **Law.** The Parties agree that any dispute arising under this Release, or related in any way to its terms, shall be governed by the laws of the State of Texas without regard to the choice of law principles. Any action or proceeding by either of the Parties to enforce this Release shall be brought only in any state or federal court located in the State of Texas

10.    **Limits** on **Adverse Comments.** You agree that you will not make or authorize any written or oral statements that are maliciously false or defamatory about the Company or its affiliates or their respective directors, officers or employees.

11.    **Protecting the Company's Confidential Information.** You acknowledge that during your independent contractor arrangement you became privy to certain trade secrets and other confidential proprietary information concerning the Company not generally known to the public including, but not limited to, internal business and marketing plans and strategies; financial information; and pricing practices, margins, and related information ("Confidential Information"). You agree not use or disclose, either directly or indirectly, any Confidential Information until such time as the information becomes generally known to the public through no fault of your own.

12.    **Return of Records and Equipment.** You agree that you have returned all Company property, including but not limited to keys, ID card, cell phone, PDA, and Company documents and information (either hard copy or electronic) other than records related solely to the Contract.

13.    **Severability.** In the event a court, arbitrator or other entity with jurisdiction determines that any portion of this Release (other than the Release of Claims clause) is invalid or unenforceable, the remaining portions of the Release shall remain in full force and effect.

You acknowledge that you have had a reasonable amount of time to consider the terms of this Release and you sign it with the intent to be legally bound.

USA Cricket

_____        _____

Kirk Greaves        By: Richard Done
        Cricket Operations Director

Dated: _____        Dated: _____28th March,2022 _____

 Gmail    Exhibit "C"

---

## Fwd: Request

---

**Kirk Greaves** <Kirk.Greaves@usacricket.org>    Thu, Apr 21, 3:22 PM
To:

---

**From:** Kirk Greaves <Kirk.Greaves@usacricket.org>
**Sent:** Sunday, January 9, 2022 8:46 AM
**To:** Marathe, Paraag <paraag@49ers.com>
**Subject:** Request

Good morning Paraag,

Hope this email finds you in great health and doing well. I would like to request a one-on-one call with you to discuss some major issues surrounding my employment situation and how I am treated within USA Cricket. Over the past year I have expressed my concerns and frustrations to both Iain and Richard at various points with no resolve . I am now coming to you as a last resort as the leader of this organization. I look forward to speaking to you and hopefully having these major issues resolved.

Sincerely,
Kirk Greaves

Exhibit "D"

On 19 Jul 2021, at 10:58, Kirk Greaves <Kirk.Greaves@usacricket.org> wrote:

Hi Richard

There are a few concerns relating to my current situation with USA cricket, which I wish to raise with you in writing with the view to having addressed in a timely manner. When I initially took this position, I was informed that there would be a 4 month probationary period that would include delivering a few tournaments for USA cricket. The expectation being that a full time position would follow, once I delivered satisfactory results.

I acknowledge that the miscommunication of my role as events manager only was cleared up in our recent staff meeting in San Jose. It was understood that organizing events was one aspect of my role but that my job description expanded well beyond events. During the period of engagement with USA Cricket, I have shared sponsorship contacts, facilitated business development, organized and administered covid testing, attended ICC zoom calls, ICC strategic planning meetings, kit procurement, just to name a few. These activities and more were conducted in the capacity of a Cricket Operations Manager.

I am therefore requesting a review of my performance over the six month period (February 26th - August 26th, 2021). I am confident that my performance will be sufficient to merit a move to full time employment with a compensation package befitting the position.

I look forward to further discussing at your earliest convenience so we can all move towards our goal of seeing USA Cricket successful.

Sincerely,
Kirk Greaves

 Exhibit "E..."

 Inbox

**Vincent Adams**                          Mar 30
To Richard Done, You, +6                   ...

Board Members,

Is there no decency nor morality amongst the members of the Board for you all to sit quietly while a senior employee of your's is being abused in such a disrespectful and undignified manner. You don't care if he is not paid for work done! and is lawlessly being threatened not to be paid unless he signs his termination and release letter! this is crazy and goes against all the moral values of what America is about and what's expected of a national body representative of this great nation.

As a member of the ICC group that established USAC, and as all decent Americans should feel, I am ashamed and embarrassed at this indecency and lawlessness and ineptitude of this Board . This is un-American and contrary to what we planned and expected. What a shame and gross injustice!

Vince


Sent from Yahoo Mail for iPhone


↩ ∨   Reply to All



Exhibit "F"

**VIA EMAIL**
**Richard.done@usacricket.org**

April 6, 2022

Mr. Richard Done                                      **WITHOUT PREJUDICE**
Director of Cricket Operations
USA Cricket
3131 20ᵗʰ Street
San Francisco, CA 94110

**RE: Notice of Invalidity of Termination Letter**

Dear Mr. Done:

I acknowledge receipt of your purported Termination Letter which states, in pertinent part, that my employment with USA Cricket terminates on April 8, 2022. You then asked that I sign the letter in order to get the monies owed to me because of my work with administrating 432 individuals to receive their COVID-19 antigen test at $20 per test or $8,640.00. Because the monies owed to me are for assisting with the administration of COVID-19 antigen test are separate and apart from my contractual obligations under which I was recruited to work for USA Cricket, **I HEREBY DEMAND PAYMENT IN THE AMOUNT OF $8,640.00.**

**Invalidity of Termination Letter**

As an American citizen and a member of a protected class, I was hired by the Board of USA Cricket not as an independent contractor but as a full-time employee. Your intentional misapplication of my employment status has operated to cause me mental anguish and such other discomfort where working in a field I love has become unbearable.

It is my informed position that since I was hired directly by the Board of USA Cricket that only the Board of USA Cricket can terminate me. Therefore, until such time as I receive a termination letter from the Board of USA Cricket, I am putting you on notice to cease and desist from defaming my character and creating the pretext for termination of my employment with USA Cricket.

United States law is specific about what constitutes an employee and what satisfies the definition of an independent contract. An organization does not recruit an employee and pay for his travel, put him up in a hotel for months and still classify him as an independent contractor. Those characteristics, according to US case law and Supreme Court precedent, are not consistent with the legal definition of an independent contractor.

-2-

Please let me know when I can receive the payment cited above and feel free to notify me of my assignments going forward.

Thank you very much for your attention to this matter.

Cordially,


**KIRK GREAVES**
**Cricket Operations Manager**

Cc: Members of the Board, USA Cricket


Memo to Counsel

EXHIBIT
"G"

 3130 20th Street
San Francisco, CA 94110
USACRICKET.ORG

April 18, 2022

**VIA EMAIL (kirk.greaves@mail.com)**

Kirk Greaves
5818 Black Gum Drive
Houston, TX, 77092

**Re: Termination of Contract**

Dear Kirk,

We previously wrote to you on March 28, 2022, advising that your independent contractor arrangement with USA Cricket, was to be terminated effective last April 8, 2022. This Termination Letter was signed by Richard Done, Cricket Operations Director, and the USA Cricket Board confirms this was done in accordance with the decision of the Cricket Committee and with the Board's agreement.

That Termination Letter outlined a particular payment schedule based on cooperating with the transitioning of specified projects, and signing and returning both the letter and the General Release (attached as Exhibit A to the Termination Letter) by April 8, 2022.

As of April 15, we have not received those signed documents, and cannot confirm that any transitioning has taken place.

In line with the previous Termination Letter, please note that the following actions and payments will now take place:

1. USA Cricket will pay you **$1733.33** (calculated for April 1 to 8 as 8/30 days x $6,500)

2. As you did not agree to, or sign, the terms and conditions of the Termination Letter 'Other Considerations' section, USA Cricket will not be paying the additional lump sum of $3,250.

3. USA Cricket will pay you for the additional testing performed due to the COVID outbreak at the USA v Ireland series, as this was over and above the expected initial testing volume. We agree to pay **$2,124** (at $9 per test x 236; noting that we have confirmation from the previous supplier that his net cost after expenses is $6.50 per test, but we will pay $9 per test based on additional insurance and tax costs you would incur as an independent contractor).

4. USA Cricket will withhold **$889.72** of that amount until such time as the sixty (60) COVID antigen tests in your possession are returned to USA Cricket.





3130 20th Street
San Francisco, CA 94110
USACRICKET.ORG

In summary, we will now make the first payment of **$2,957.33** by Friday, April 22, and the second payment **of $889.72** following the return of the COVID antigen tests.

This letter also confirms the advice in the previous Termination Letter that your independent contractor arrangement with USA Cricket ended as of Friday, April 8.

Yours sincerely,

**Paraag Marathe**
**Chairman**

EXHIBIT "H"

# M Gmail

---

## Letter Signed by Chairman

---

**Kirk Greaves** <Kirk.Greaves@usacricket.org>                                    Tue, Apr 19, 1:55 PM
To: Richard Done <richard.done@usacricket.org>
Cc: Srini Salver <srini.salver@usacricket.org>, Marathe, Paraag <paraag@49ers.com>, Sushil Nadkarni
<sushil.nadkarni@usacricket.org>, CCarlson <CCarlson@eagles.nfl.com>, Avi Gaje <avi.gaje@usacricket.org>, Ajith Bhaskar
<Ajith.Bhaskar@usacricket.org>, Suraj Viswanathan <Suraj.Viswanathan@usacricket.org>, rohan.sajdeh@bcg.com
<rohan.sajdeh@bcg.com>

Good afternoon  Mr. Richard Done and USA Cricket Board Members,

Please see the letter below that was signed by Parag and emailed to me by Mr. Richard Done yesterday. The letter
clearly states by the Chairman of USA Cricket that the Board has terminated my employment based on the
recommendation of the Cricket Committee. Given that in a prior email to the Board about this matter the single reply I
received was from a Board member who was totally unaware of the above-mentioned termination. Therefore, for
transparency I have attached the letter so that It's clear to all members of the USA Cricket Board what correspondents I
received official from the Chairman of USA Cricket.

Thanks for your Urgent Attention.

 Kirk Greaves

Image.jpeg



<vince.adams66@yahoo.com>; Nadia Gruny <Nadia.Gruny@usacricket.org>
**Subject:** Re: Letter Signed by Chairman

Kirk, No, your termination was never recommended by the Cricket committee and was not discussed in the board meeting. Your termination was discussed as part of the budget discussion as it was done for a few other staff members. I am surprised to see the letter you have received! The budget isn't approved, nor are the terminations.

Richard, please share the offer letter and working agreement for Kirk Greaves. Also, were there termination letters sent to others whose names were discussed during the budget discussions at the CC meetings?



**Srini Salver**
Male Player Director
m: +1 630.398.0014
srini.salver@usacricket.org